```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

BRIANNA SANCHEZ,

                Plaintiff,

     - against -

ELIOR NORTH AMERICA, INC., ET AL.,

                Defendants.

―――――――――――――――――――――――――――――――

23-cv-2611 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to file a Rule 26(f) report by **June 23, 2023.**

SO ORDERED.

Dated:    New York, New York
            June 8, 2023

                                          /s/ John G. Koeltl
                                            **John G. Koeltl**
                                  **United States District Judge**