UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRIANNA SANCHEZ,
                Plaintiff(s)

                      23 civ 2611 (JGK)

      -against-

ELIOR NORTH AMERICA, INC.,
                Defendant(s).
-----------------------------------------------------------X

## ORDER

The matter having been referred to Magistrate Judge Stewart Aaron on June 24, 2023,

The conference scheduled for Tuesday, August 3, 2023, at 12:30pm, is canceled.

**SO ORDERED.**

*[signature]*
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
July 28, 2023